IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                                            CR. NO. 04-20306-Ma

LARRY WILBORN,

    Defendant.

---

**ORDER GRANTING MOTION TO CONTINUE SUPPRESSION HEARING
AND EXTENSION OF TIME TO FILE RESPONSE**

---

Before the court is the government's May 12, 2005, motion to continue the suppression hearing currently set for May 18, 2005. Government counsel also requests an extension of time to file its response to the defendant's motion to suppress. For good cause shown, the motion is granted. The government shall file its response to defendant's motion to suppress no later than May 27, 2005. The hearing on the motion to suppress is **reset for Tuesday, June 2, 2005 at 2:00 p.m.**

    **IT IS SO ORDERED** this the 13th day of May, 2005.

                                        SAMUEL H. MAYS, JR.
                                        UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-16-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:04-CR-20306 was distributed by fax, mail, or direct printing on May 16, 2005 to the parties listed.

---

Randall P. Salky
LAW OFFICE OF RANDALL SALKY
266 S. Front St.
Memphis, TN 38103

Jennifer Lawrence Webber
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT