IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ꞉꞉꞉ D.C.

05 JUN -1 PM 4: 04

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                   )<br>            Plaintiff,             )<br>vs.                                        )<br>                                          )<br>LARRY WILBORN,             )<br>                                          )<br>            Defendant.         ) | Criminal No. 04-20306-M*a* |

## ORDER OF DISMISSAL

Before the court is the government's motion to dismiss the indictment in this matter. For good cause shown, the motion is granted. The indictment, No. 04-20306, returned against Larry Wilborn on July 29, 2004 is dismissed.

Entered this 1st day of June, 2005.

_____
UNITED STATES DISTRICT JUDGE

Date: 5/31/05

Approved by: _____
Special Assistant U.S. Attorney

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6-2-05

36

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:04-CR-20306 was distributed by fax, mail, or direct printing on June 2, 2005 to the parties listed.

---

Jennifer Lawrence Webber
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Randall P. Salky
LAW OFFICE OF RANDALL SALKY
266 S. Front St.
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT