```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF TENNESSEE
                          WESTERN DIVISION
```

FILED BY ___cg___ D.C.

05 JUN -6 AM 8:18

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.                                    Case Number 04-20306-Ma

**LARRY WILBORN,**

        Defendant.

# JUDGMENT

Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Indictment returned against Larry Wilborn is dismissed in accordance with the Order docketed June 2, 2005.

**APPROVED:**

_/s/ signature_

---
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

June 3, 2005
---
(DATE)

ROBERT R. DI TROLIO
---
CLERK

_/s/ Judy Lashly_
(by) DEPUTY CLERK

This document entered on the docket sheet In compliance
with Rule 55 and/or 32(b) FRCrP on  6-7-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 2:04-CR-20306 was distributed by fax, mail, or direct printing on June 7, 2005 to the parties listed.

---

Randall P. Salky
LAW OFFICE OF RANDALL SALKY
266 S. Front St.
Memphis, TN 38103

Jennifer Lawrence Webber
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT